**STATE of Missouri, Respondent,**

**v.**

**Denen Tarkua TOFI, Appellant.**

**No. WD 41702.**

Missouri Court of Appeals, Western District.

Oct. 31, 1989.

Lew Kollias, Columbia, for appellant.

William L. Webster, Atty. Gen., Theodore A. Bruce, Asst. Atty. Gen., Jefferson City, for respondent.

Before SHANGLER, P.J., and TURNAGE and KENNEDY, JJ.

### ORDER

PER CURIAM:

Appeal from a conviction of burglary in the first degree, and from a sentence of five years' imprisonment; execution of which was suspended.

Affirmed. Rule 30.25(b).